IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>NHP SUMMER LP, et al.,<br><br>    Defendants. | Case No. 17-cv-04532-CRB<br><br>**DISMISSAL ORDER** |

On October 16, 2017, Plaintiff Theresa Brooke voluntarily dismissed this case without prejudice. Dkt. 16. Brooke then failed to take any further action in this case. The Court issued an Order to Show Cause Why Plaintiff's Lawyer Should Not Be Sanctioned. Dkt. 20. Brooke's attorney disputed the need for sanctions, but agreed to voluntarily pay defendant's attorneys' fees. Dkt. 24. This Court accepted this voluntary payment and did not issue sanctions. Dkt. 24. On January 17, 2018, Brooke issued a notice that these fees had been paid. Dkt. 25. There have been no further filings in this case and no remaining issues for this Court to resolve.

Accordingly, Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: September 14, 2018

                                                      CHARLES R. BREYER<br>                                                      United States District Judge